### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | **JUDGE** |
| **vs.** | **INDICTMENT** |
| **ADIEL HERNANDEZ-ORELLANA,** | 8 U.S.C. § 1326(a) & (b)(2) |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Unlawful Reentry of a Removed Alien)

On or about March 30, 2025, in the Southern District of Ohio, the defendant, **ADIEL HERNANDEZ-ORELLANA**, an alien who had previously been deported from the United States on or about January 13, 2012—after having been convicted of an "aggravated felony" in the Circuit Court of Sebastian County, Arkansas, that is, Sexual Assault, 2nd Degree—and who after said date of removal had not obtained the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission into the United States, knowingly entered and was found in the United States.

**In violation of 8 U.S.C. § 1326(a) & (b)(2).**

*s/Foreperson*
FOREPERSON

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

NOAH R. LITTON (0090479)
Assistant United States Attorney