UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                       **Case No. 2:25-cr-62**

**Adiel Hernandez-Orellana**

### COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 4/16/2025 2:03pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Pete Glenn-Applegate |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Joe Medici |
| INTERPRETER: | Delfino Cornejo Escamilla | PRETRIAL/PROBATION: | Tiara Turner |

Initial Appearance & Arraignment on Indictment

-Dft advised of rights, penalties, and charges
-Financial Affidavit submitted, Federal Public Defender Soma Dutta appointed
-Detention Hearing WAIVED
-Dft consents to digital recording of arraignment
-Dft pleads not guilty to the charges in the indictment
-Scheduling Order to be issued by Chief Judge Morrison